UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**03 CR 10399 WGY**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| v. | ) VIOLATIONS: |
| | ) 26 U.S.C. § 7201 |
| DIANE C. REED, | ) (Tax Evasion - 2 Counts) |
| Defendant | ) |

### INFORMATION

The United States Attorney charges that:

### Introduction

At all times material to this Information:

1. The defendant, DIANE C. REED (hereinafter referred to as "REED"), was a resident of West Boxford, Massachusetts.

2. REED was the controller of Digital Consulting, Inc. (hereinafter referred to as "DCI"), a closely held domestic corporation located in Andover, Massachusetts, whose primary business was the planning and conducting of computer based training seminars, trade shows, and conferences.

3. In her capacity as controller, REED had primary responsibility for the company's internal accounting system and the monitoring of business receipts and expenses.

4. The Chief Executive Officer and principal shareholder of DCI (hereinafter referred to as "CEO"), directed the operations of DCI.

5. During the course her employment, sometime in 1995 and

1

1996, REED received certain bonuses from the CEO in the form of cash and check payments made directly to her children's schools of higher education to cover tuition expenses.

6. The bonuses received by REED were part of her income at DCI for services provided by her during the course of her employment.

7. REED willfully attempted to evade and defeat income tax due and owing by her to the United States of America by filing materially false and fraudulent joint United States Income Tax Returns (Form 1040), on behalf of herself and her husband, wherein she under reported their taxable income by failing to report the monies obtained as described in paragraph 5 above, and failing to pay to the Internal Revenue Service the accurate amount of income tax due and owing by her.

8. The Internal Revenue Service is a division of the U.S. Department of the Treasury.

The United States Attorney further charges:

## COUNT ONE
(26 U.S.C. § 7201) - Tax Evasion

9. Paragraphs 1 through 8 are incorporated herein by reference.

10. That on or about April 15, 1996 in the District of Massachusetts and elsewhere,

DIANE C. REED,

the defendant herein, a resident of West Boxford, Massachusetts, did willfully attempt to evade and defeat income tax due and owing by her to the United States of America for the calendar year 1995 by filing and causing to be filed with the Director, Internal Revenue Service Center, at Andover, Massachusetts, a false and fraudulent United States Joint Income Tax Return, Form 1040, wherein she under reported her taxable income by stating that it was $126,343.33, and that the amount of tax due and owing thereon was $31,220.55; whereas DIANE C. REED then and there well knew and believed, her taxable income for 1995 was materially in excess of that stated and that upon said additional taxable income additional taxes were due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

## Count 2
(26 U.S.C. § 7201 - Tax Evasion)

11. Paragraphs 1 through 8 are incorporated herein by reference.

12. That on or about April 15, 1997 in the District of Massachusetts and elsewhere,

DIANE C. REED,

the defendant herein, a resident of West Boxford, Massachusetts, did willfully attempt to evade and defeat income tax due and owing by her to the United States of America for the calendar year 1996 by filing and causing to be filed with the Director, Internal Revenue Service Center, at Andover, Massachusetts, a false and fraudulent United States Joint Income Tax Return, Form 1040, wherein she under reported her taxable income by stating that it was $119,558.52, and that the amount of tax due and owing thereon was $28,943.44; whereas DIANE C. REED then and there well knew and believed, her taxable income for 1996 was materially in excess of that stated and that upon said additional taxable income additional taxes were due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney

                       By:    /s/ Carmen M. Ortiz
                              Carmen M. Ortiz
                              Assistant U.S. Attorney
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210

Dated:  12/16/03
```