UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Criminal Action**
**No:03-10399-WGY**

**UNITED STATES**
**Plaintiff**

v.

**DIANE REED**
**Defendant**

NOTICE  OF  ARRAIGNMENT

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for ARRAIGNMENT at 2:00 P.M. , on THUR. FEB. 26 , 2004, in Courtroom No. 18, 5TH floor.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

**January 12, 2004**

**To: All Counsel**