```
                UNITED STATES DISTRICT COURT              FILED
                  DISTRICT OF MASSACHUSETTS            in Open Court
                                                        USDC. Mass
                                                        Date 3-15-04
                                                        By
                                                        Deputy Clerk
```

UNITED STATES OF AMERICA     )     CRIMINAL NO. 03-10399-WGY
                             )
            v.               )     VIOLATIONS:
                             )     26 U.S.C. § 7201
DIANE C. REED                )     (Tax Evasion - 2 Counts)
        Defendant            )
                             )

## WAIVER OF INDICTMENT

Defendant DIANE C. REED, after having been advised of the nature of the felony charges in this proceeding, and of her rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

*Diane C Reed*
DIANE C. REED

*Thomas M. Hoopes*
Thomas M. Hoopes, Esq.
Attorney for Defendant

Date: 3/15/2004