UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 3-15-04
By
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 03-10399-WGY |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 26 U.S.C. § 7201 |
| DIANE C. REED ) | (Tax Evasion - 2 Counts) |
| Defendant ) | |
| ) | |

## WAIVER OF INDICTMENT

Defendant DIANE C. REED, after having been advised of the nature of the felony charges in this proceeding, and of her rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

*Diane C Reed*
DIANE C. REED

*Thomas M. Hoopes*
Thomas M. Hoopes, Esq.
Attorney for Defendant

Date: 3/15/2004