```
                                                                   1



 1                     UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MASSACHUSETTS
 2
                                                     Criminal No.
 3                                                   03-10399-WGY

 4      * * * * * * * * * * * * * * * *
                                       *
 5      UNITED STATES OF AMERICA       *
                                       *
 6      v.                             *  ARRAIGNMENT
                                       *  and PLEA
 7      DIANE C. REED                  *
                                       *
 8      * * * * * * * * * * * * * * * *

 9

10

11
                 BEFORE:  The Honorable William G. Young,
12                              District Judge

13

14

15
        APPEARANCES:
16
                CARMEN M. ORTIZ, Assistant United States Attorney,
17        1 Courthouse Way, Suite 9200, Boston, Massachusetts
          02210, on behalf of the Government
18
                KELLY, LIBBY & HOOPES (By Thomas M. Hoopes, Esq,)
19        175 Federal Street, Boston, Massachusetts 02110, on
          behalf of the Defendant
20

21

22

23
                                                  1 Courthouse Way
24                                                Boston, Massachusetts

25                                                March 15, 2004
```