UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03-10399-WGY |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 26 U.S.C. § 7201 |
| DIANE C. REED, | ) | (Tax Evasion - 2 Counts) |
| Defendant | ) | |
| | ) | |

JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Carmen M. Ortiz, Assistant U.S. Attorney, and the defendant Diane C. Reed, by and through her attorney hereby move to continue the sentencing hearing in the above-referenced case, which is currently scheduled for Tuesday, March 8, 2005 to any date after December 1, 2005. As grounds therefor, the government states that the defendant is cooperating in the prosecution of United States v. George Schussel, Criminal No. 03-10060-RCL, which was indicted on February 26, 2004. In the pending Indictment, defendant Schussel is charged with conspiracy and two counts of tax evasion, relating to a scheme in which he diverted millions of unreported taxable income generated by his company, Digital Consulting, Inc. ("DCI") to an offshore bank account he controlled in Bermuda. The case is presently scheduled for hearings on several pretrial motions, before Magistrate Judge Joyce L. Alexander from April 5 - 7, 2005.

Defendant Reed is the former controller of DCI., and she has pled guilty before this Court to tax evasion charges for failing to report to the IRS, income that she received from defendant Schussel, during the course of her employment at DCI. The government anticipates that the defendant will testify at the trial of defendant Schussel. Given that the Schussel case is before the Magistrate Judge on pretrial proceedings that relate to issues involving the attorney-client

privilege, joint defense agreements, the statute of limitations and other matters, the government does not expect that a trial will take place before late fall of 2005.

The government submits that it is necessary for defendant Reed to complete all of the substantial assistance that she can provide, so that the government can file a motion pursuant to U.S.S.G. § 5K1.1 that incorporates all the relevant information relating to her cooperation. The extent and value of the defendant's cooperation is important in determining the downward departure that will be recommended by the government. Furthermore, it is to defendant Reed's benefit for the Court to have as complete a picture as possible of all the substantial assistance that she can provide.

For all of the foregoing reasons, the government respectfully requests that the sentencing date in this case be continued until at least December of 2005. The undersigned attorney has contacted Thomas Hoopes, counsel for defendant Reed, and he joins in this motion.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Carmen M. Ortiz
      CARMEN M. ORTIZ
      Assistant U.S. Attorney