1

                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

2

                                        Criminal No.
3                                       03-10399-WGY

4

5

6    * * * * * * * * * * * * * * * *
                                    *
7    UNITED STATES OF AMERICA       *
                                    *
8    v.                             *   **SENTENCING EXCERPT**
                                    *
9    DIANE C. REED                  *
                                    *
10   * * * * * * * * * * * * * * * *

11

12            BEFORE:  The Honorable William G. Young,
                            District Judge

13

14

15

16

17

18

19

20

21

22

23                                 1 Courthouse Way
24                                 Boston, Massachusetts

25                                 February 8, 2007

1    **THE COURT:**  Ms. Diane C. Reed, in consideration of

2    the provisions of 18 United States Code, 3553(a), the

3    information from the United States Attorney, your attorney,

4    the probation officer and yourself, this Court places you on

5    one year of administrative probation, assesses you a $150

6    mandatory special assessment, but I do fine you $5,000.

7        A fine necessarily is based upon the ability to

8    pay.  As I assess you as an individual, for one thing, I

9    accept everything Ms. Ortiz has said and that Mr. Hoopes has

10   said on your behalf, and it would have made no difference

11   had he filed anything and charged you for it.

12       As I assess you as an individual, a fine will do

13   two things.  It expresses the public, as it is my duty in

14   every sentence to speak for the public, the public sanction

15   for what is a clear violation of the public's law and a

16   voluntary, a largely voluntary tax system.  But also, this

17   has hung over you for a long time.  I won't add to what's

18   been said.  If you pay a fine or make a good faith attempt

19   to pay a fine, that's really putting it behind you.  That's

20   what the public demands of you.  A fine.

21       Now, since I've imposed a fine, though it's

22   administrative probation, I have to impose some special

23   assessment and I do -- special conditions.  And they are,

24   you're prohibited from incurring new credit charges or

25   opening additional lines of credit without the approval of

1    the probation office; you're to provide the probation office

2    access to any requested financial information; and your case

3    will go into the administrative caseload upon the

4    satisfaction of this financial obligation.

5              That's the order of the Court.

6              I tell you, you have the right to appeal from any

7    findings or rulings I've made against you.  If you appeal

8    and your appeal is successful in whole or in part and the

9    case comes on for resentencing, it will be redrawn to

10   another judge.

11             Should she decide to appeal, Mr. Hoopes, I instruct

12   you, if you want transcript, to order the transcript in this

13   Court before you file your notice of appeal and I lose

14   jurisdiction, because I'll turn it around faster than the

15   Court of Appeals.

16             Do you understand?

17             **MR. HOOPES:**  I do, your Honor.

18             **THE COURT:**  Thank you.

19             I misspoke in one respect.  It is a matter that has

20   no bearing on the sentence, but I am so respectful of

21   Mr. Womack for preparing this public, transparent database

22   of this Court's sentences.  I said the average sentence for

23   this offense was 20 months.  That's an error.  It's 12

24   months.  So I make that correction.

25             All right.  If we're -- that's it.  If we have the

1    next case we'll proceed.

2            **MR. HOOPES:**  Thank you, your Honor.

3            **THE CLERK:**  Mr. Carney hasn't come into the

4    courtroom yet.

5            **THE COURT:**  So we'll take a brief recess.  We'll

6    recess.

7            **THE CLERK:**  All rise.  Court is in recess.

8            **MR. HOOPES:**  Thank you, your Honor.

9            (Whereupon the matter concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25